```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LEILA WILLS,                                                         :
                                                                     :
                        Plaintiff,                                   :
                                                                     :   24-cv-3752 (LJL)
            -v-                                                      :
                                                                     :       ORDER
RONALD SAVAGE,                                                       :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      A conference was held in this matter on September 13, 2024.  Plaintiff appeared but Defendant did not.  The Court granted Plaintiff's request to file a motion for a default judgment and set the date for the filing and service of that motion for September 18, 2024.  Plaintiff shall serve Defendant by mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and also by email to the email address Plaintiff has represented is one at which Defendant receives email.  Opposition papers to the motion for a default judgment shall be due on October 7, 2024.  The Court will hold a telephonic hearing on the motion for a default judgment on October 24 at 11 AM.

      SO ORDERED.

Dated: September 13, 2024
      New York, New York

                                                   LEWIS J. LIMAN
                                          United States District Judge