```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LEILA WILLS,                                                       :
                                                                   :
                                Plaintiff,                         :
                                                                   :    24-cv-03752 (LJL)
                -v-                                                :
                                                                   :         ORDER
RONALD SAVAGE,                                                     :
                                                                   :
                                Defendant.                         :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024

LEWIS J. LIMAN, United States District Judge:

Because Defendant has now appeared through counsel, he is relieved of the obligation to inform the Clerk of Court of his address and contact information. *See* Dkt. No. 37. Plaintiff's motion for sanctions at Dkt. No. 62 is denied. The Clerk of Court is respectfully requested to close the motion at Dkt. No. 62.

Plaintiff and Defendant are directed to meet and confer regarding alternate dates for the in-person hearing during which both parties will be available. Parties should attempt to reach a mutual agreement on a date or set of dates, as well as a schedule on which Plaintiff may file her amended TRO motion, Defendant may respond, and Plaintiff may reply. The parties are directed to submit a letter with a proposed schedule to the Court by no later than November 26, 2024.

SO ORDERED.

Dated: November 19, 2024
       New York, New York                        _____
                                                       LEWIS J. LIMAN
                                                 United States District Judge